IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| FREDERICK MAURICE ASHMORE, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JAY JONES – SHERIFF, et al., ) <br> ) <br> Defendants. ) | CASE NO. 3:21-CV-389-WHA-SMD |

**O R D E R**

This case is before the Court on a Recommendation of the Magistrate Judge entered on February 4, 2022. Doc. 20. There being no timely objections filed to the Recommendation, and after an independent review of the file, the Recommendation is ADOPTED, and it is hereby

ORDERED that this case is DISMISSED without prejudice.

Final Judgment will be entered separately.

Done, this 28th day of February 2022.

                /s/   W. Harold Albritton
              W. HAROLD ALBRITTON
              SENIOR UNITED STATES DISTRICT JUDGE